IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LESLIE M. JORDAN, | * |
| Petitioner | * |
| vs. | * |
| WARDEN, STEWART DETENTION CENTER, | CASE NO. 4:07-CV-182 (CDL) |
| | * |
| Respondent | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 3, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 1st day of July, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE